UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                        NO. 07-20248

  v.

                        HON. ROBERT H. CLELAND

YOUSEF TOBIA SHEKER,

        Defendant.
_____/

## **ORDER**

For the reasons stated in the government's motion for leave to dismiss Counts one and three of the Indictment, as to defendant Yousef Tobia Sheker, the motion is granted, and those counts are hereby dismissed as to this particular defendant.


                                    S/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE


Dated: December 20, 2007


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 20, 2007, by electronic and/or ordinary mail.

                                    S/Lisa Wagner
                                  Case Manager and Deputy Clerk
                                  (313) 234-5522